AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>**TREVOR WAYNE PICKETT**<br>*Defendant(s)* | )<br>)<br>)  Case No. 25-mj-765-CDL<br>)<br>)<br>) |

FILED
SEP 09 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 5, 2025** in the county of **Mayes** in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1151, 1153, and 113 (a)(3) | Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Audra Rees, FBI
*Printed name and title*

Sworn to before me by phone.

Date: September 9, 2025

_____
*Judge's signature*

City and state: Tulsa, OK

Christine D. Little, United States Magistrate Judge
*Printed name and title*

## Affidavit in Support of an Arrest Warrant
## in the Northern District of Oklahoma

I, Audra Rees, being duly sworn under oath, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the Federal Bureau of Investigations since 2020. I am currently assigned to the Tulsa RA of the Oklahoma City Division. As a result of my employment with the FBI, my duties include, but are not limited to, the investigation and enforcement of domestic violence, sexual assault, kidnapping, witness tampering, assault with a deadly weapon, and other violent crimes.

2. As part of my duties as a Special Agent, I investigate criminal violations relating to crime in Indian Country, to include 18 U.S.C. §§ 1151, 1153, and 113(a)(3), Assault with a Dangerous Weapon in Indian Country with the Intent to do Bodily Harm. I have received training from the FBI in the investigation of 18 U.S.C. §§ 1151, 1153, and 113(a)(3), Assault with a Dangerous Weapon in Indian Country with the Intent to do Bodily Harm.

3. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as a Special Agent for the FBI. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. It is my belief that on or about September 5, 2025, an Indian man known as TREVOR WAYNE PICKETT, DOB xx/xx/1992, violated 18 U.S.C. §§ 1151, 1153, and 113(a)(3), Assault with a Dangerous Weapon in Indian Country with the Intent to do Bodily Harm. The assault took place in the immediate vicinity of 515 Cherokee Heights in Mayes County, which is located within the boundaries of the Cherokee Nation Reservation, which is within "Indian Country," as that term is defined under 18 U.S.C. § 1151, and within the boundaries of the Northern District of Oklahoma.

## PROBABLE CAUSE

5. The FBI verified that Trevor Pickett is an enrolled member of the Cherokee Nation. He also has a certified degree of Indian blood, per the Cherokee Nation. His registry number is C0335938.

6. On or about September 5, 2025, the victim, C.S. and Trevor Pickett got into a verbal altercation. C.S.'s mother, H.S., was in a romantic relationship with Trevor Pickett at the time of the offense. H.S. told C.S. he needed to leave. Trevor Pickett told H.S. that C.S. tied Trevor Pickett's dog up and was being mean to the dog.

7. C.S. began to gather his things and move them out to his vehicle. H.S. reported that while C.S. was taking his belongings to his vehicle, Trevor Pickett went outside. Trevor Pickett was talking on the phone to an unknown person. While on the phone, Trevor Pickett read off the license plate of the vehicle being used by C.S. C.S. asked Trevor Pickett why he was taking down his tag information.

8. Trevor Pickett pulled out a gun. Trevor Pickett told C.S. to "get back". According to H.S., C.S. either stood where he was or took a step back. C.S. had Walmart bags in one hand and car keys in the other. Trevor Pickett fired the gun and C.S. dropped to the ground. C.S. got back up and fled in his vehicle.

9. When C.S. was shot, he was standing in the immediate vicinity of 515 Cherokee Heights. Investigators believe he was standing outside the home just to the south of this residence, that home does not have numeric markings visible.

10. H.S. called 911. While on the phone with 911, a male wearing an orange shirt, later identified as J.K., ran to H.S. and told her a child had been struck with a bullet. When H.S. asked J.K. where dispatch should send responders, J.K. ran away.

11. When law enforcement arrived, they located Trevor Pickett and the firearm he used. They took Trevor Pickett into custody.

12. C.S. was shot in the area of his kidney. He crashed the vehicle approximately 1.5 miles away. It appeared he came to stop and was encountered by bystanders. He then crashed the vehicle into the side of a building and then into a wooded ditch. He was transported by EMS, then life-flighted to a trauma center. Staff at the hospital reported C.S. had an injury to his right chest and a liver laceration. The injury to his right chest required a chest tube and ICU care.

13. Witnesses reported an eight-year- old female was playing outside when she reported she was hit by something in her calf. She reported she saw what hit her shortly before it hit her. That night, the object was not located. Witnesses stated that

law enforcement made contact with the child but did not see a mark on the child and left.

14. The next morning, the occupants of the residence where the child was playing contacted law enforcement. They noticed something they thought was jewelry in their garden. They picked it up and realized it might be a bullet. Law enforcement arrived and seized the object.

## CONCLUSION

15. Based on the information set forth in this affidavit, I submit there is probable cause to believe that Trevor Pickett has violated 18 U.S.C. §§ 1151, 1153, and 113(a)(3), Assault with a Dangerous Weapon in Indian Country with the Intent to do Bodily Harm.

Respectfully submitted,

_____
Audra Rees
Special Agent
Federal Bureau of Investigation

Subscribed and sworn via phone on the 9th day of September, 2025.

_____
Christine D. Little
UNITED STATES MAGISTRATE JUDGE

4